# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JACOB WAGNER,

    Plaintiff,

v.

Case No. 15-10635
HON. TERRENCE G. BERG

CANADIAN NATIONAL RAILWAY
COMPANY, et al.,

    Defendant.

_____/

## ORDER OF DISMISSAL

On August 18, 2017, the Court was notified by the parties that a settlement had been reached in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** and without costs. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

        s/Terrence G. Berg
        TERRENCE G. BERG
        UNITED STATES DISTRICT JUDGE

Dated: August 30, 2017

### Certificate of Service

I hereby certify that this Order was electronically submitted on August 30, 2017, using the CM/ECF system, which will send notification to all parties.

        s/A. Chubb
        Case Manager